JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 462 -- IN RE OLYMPIA BREWING CO., ET AL. SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/03/10 | 1 | MOTION TO TRANSFER, MEMORANDUM IN SUPPORT OF, SCHEDULE OF CASES, CERT. OF SVC. -- Shearson, Loeb Rhoades, Inc., Loeb Rhoades & Co., Inc. and Loeb Rhoades & Co. SUGGESTED TRANSFEREE DISTRICT: N. D. Illinois SUGGESTED TRANSFEREE JUDGE: (ea) |
| 81/03/12 | | AMENDED CERT. OF SVC. (pldg. no. 1) -- Shearson, Loeb Rhoades, Inc., Loeb Rhoades & Co., Inc. and Loeb Rhoades & Co. (ea) |
| 81/03/18 | 2 | REQUEST FOR EXTENSION OF TIME -- Plaintiff Louis Singer -- GRANTED TO AND INCLUDING April 8, 1981 (cds) |
| 81/03/23 | | ORDER SETTING HEARING/-- Setting Motion for Panel hearing in Washington, D. C. on April 30, 1981 (cds) |
| 81/03/24 | | APPEARANCES --Philip C. Stahl, Esq. for Maryville Academy,Inc.,etal; Kendall R. Meyer, Esq. for Walter M. Glass; Scott E. Jensen, Esq. for Arnold H. Heltzer; Ronald A. Lev, Esq. for Rikki's, Inc.; Andrew M. Schatz, Esq. for J. William Holland, etc.; William T. Huyck, Esq. for Frances V. Papas and Turn-Key Enterprises, et al.; Richard K. Wray, Esq. for Eugene R. Corley, et al.; W Edward T. Joyce, Esq. for Frank McNichols; Nicholas J. Etten, Esq. for Richard M. Shure, et al.; Lewis S. Sandler, Esq. for Louis Singer, etc.; Steven L. Bashwiner, Esq. for Shearson, Loeb Rhoades, Inc., Loeb Rhoades & Co., Inc. and Loeb Rhoades & Co.; John V. Ryan, III, Esq. for Jon Hedrich; James P. Chapman, Esq. for Thomas P. Danis; John W. Dondanville, Esq. for Insurance Co. of North America; Jeffrey R. Liebman, Esq. for Marina Bank; Harry F. Polos, Esq. for A. T. Tsoumas; Paul B. Uhlenhop, Esq. for Richard J. Bertoldi; Howard Kirschbaum, Esq. for Victor Nemeroff, etc. (ea) |
| 81/03/26 | | APPEARANCE -- John M. Christian, Esq. for Hilda Mangel, et al. (ea) |
| 81/03/27 | | APPEARANCE -- Larry L. Thompson, Esq. for Thomson & McKinnon,Inc.(ea) |
| 81/03/30 | | APPEARANCES -- Stephen C. Sandels, Esq. for John and Donna Powell; Barry T. McNamara, Esq. for Patrick Henry. (ea) |
| 81/04/07 | 3 | REQUEST FOR ADJOURMENT OF HEARING AND REQUEST FOR EXTENSION OF TIME -- Plaintiff Louis Singer (rew) |
| 81/04/07 | | ORDER -- Extending Time To File Response to Motion to ALL to and including APRIL 30, 1981 -- ORDER FURTHER VACATES Hearing Scheduled for April 30, 1981 in Washington, D.C. Notified involved counsel and involved judges. (rew) |
| 81/04/17 | | APPEARANCE -- William M. Ward for Deana W. Lindstrom, et al. (emh) |
| 81/04/30 | 4 | Letter -- Plaintiff Louis Singer consenting to transfer of action to N.D. Illinois -- signed by Lewis S. Sandler -- served all parties (cds) |

JPML FORM 1A — Continuation             DOCKET ENTRIES -- p. 2

DOCKET NO. 462 --

| Date | Ref | Pleading Description |
|---|---|---|
| 81/07/17 | | ORDER DENYING MOTION AS MOOT -- Notified involved counsel clerks, judges and recipients. (eaf) |

JPML Form 1

Revised: 8/78

DOCKET NO. 462 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE OLYMPIA BREWING CO., ET AL. SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | July 17, 1981 | MO denying | | | | |

Special Transferee Information

DATE CLOSED: 7/17/81

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 462 -- IN RE OLYMPIA BREWING CO., ET AL. SECURITIES LITIGATION

| Intra-Office Number. | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Maryville Academy, Inc., et al. v. Loeb Rhoades & Co., Inc. | N.D.Ill. Getzandanner | 77-C-1206 | | | | 7/17/81 |
| A-2 | Walter M. Glass v. Andrew C. Papas, et al. | N.D.Ill. Getzandanner | 77-C-1629 | | | | 7/17/81 |
| A-3 | Arnold H. Heltzer v. Loeb Rhoades & Co., Inc. | N.D.Ill. Getzandanner | 77-C-2440 | | | | 7/17/81 |
| A-4 | Hilda B. Mangel, et al. v. Loeb Rhoades & Co., Inc., et al. | N.D.Ill. Getzandanner | 77-C-2536 | | | | 7/17/81 |
| A-5 | Patrick Henry v. Loeb Rhoades & Co., Inc. | N.D.Ill. Getzandanner | 77-C-2704 | | | | 7/17/81 |
| A-6 | John R. Powell, et al. v. Loeb Rhoades & Co., Inc., et al. | N.D.Ill. Getzandanner | 77-C-2860 | | | | 7/17/81 |
| A-7 | Deana W. Lindstrom, et al. v. Loeb Rhoades & Co., Inc. | N.D.Ill. Getzandanner | 77-C-3820 | | | | 7/17/81 |
| A-8 | Rikki's, Inc. v. Loeb Rhoades & Co., Inc., et al. | N.D.Ill. Getzandanner | 77-C-4314 | | | | 7/17/81 |
| A-9 | J. William Holland, etc. v. Loeb Rhoades & Co., Inc., et al. | N.D.Ill. Getzandanner | 78-C-388 | | | | 7/17/81 |
| A-10 | Frances V. Papas v. Loeb Rhoades & Co., Inc., et al. | N.D.Ill. Getzandanner | 78-C-705 | | | | 7/17/81 |
| A-11 | First Investors Discovery Fund, Inc., et al. v. Loeb Rhoades & Co., et al. | N.D.Ill. Getzandanner | 78-C-843 | | | | 7/17/81 |

DOCKET NO. 462 -- IN RE OLYMPIA BREWING CO., ET AL..SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-12 | Eugene R. Corley, et al. v. R. Jack Bernhardt, et al. | N.D.Ill. Getzandanner | 78-C-850 | | | | 7/17/81 |
| A-13 | Turn-Key Enterprises, et al. v. Loeb Rhoades & Co., Inc., et al. | N.D.Ill. Getzandanner | 78-C-896 | | | | 7/17/81 |
| A-14 | Frank McNichols v. Loeb Rhoades & Co., Inc. | N.D.Ill. Getzandanner | 78-C-947 | | | | 7/17/81 |
| A-15 | Phillip J. Schiller, et al. v. Loeb Rhoades & Co., Inc. | N.D.Ill. Getzandanner | 78-C-994 | | | | 7/17/81 |
| A-16 | Richard M. Shure, et al. v. Loeb Rhoades & Co., Inc., et al. | N.D.Ill. Getzandanner | 78-C-2242 | | | | 7/17/81 |
| A-17 | Louis Singer, etc. v. ~~Shearson~~ Loeb Rhoades+Co. Inc., et al. | S.D.N.Y. Gagliardi | 80-Civ-6135 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 462 -- In re Olympia Brewing Co., et al. Securities Litigation

---

MARYVILLE ACADEMY, INC., ET AL. (A-1)
Philip C. Stahl, Esquire
Reuben & Proctor
11 South LaSalle Street
Suite 2001
Chicago, Illinois   60603

WALTER M. GLASS (A-2)
Kendall R. Meyer, Esquire
Wilson & McIlvaine
135 South La Salle Street
Room 2300
Chicago, Illinois   60603

ARNOLD H. HELTZER (A-3)
Scott E. Jensen, Esquire
Levinson, Komie & Murray, P.C.
One N. LaSalle Street - Suite 3700
Chicago, Illinois   60602

HILDA B. MANGEL, ET AL. (A-4)
John M. Christian, Esq.
Phelan, Pope & John, Ltd.
30 North LaSalle Street
Suite 3030
Chicago, Illinois   60602

PATRICK HENRY (A-5)

Barry T. McNamara, Esquire
O'Brien, Carey, McNamara, Scheuneman
   & Campbell, Ltd.
Ste. 3500,  One N. LaSalle Street
Chicago, Illinois   60602

JOHN R. POWELL, ET AL. (A-6)
FIRST INVESTORS DISCOVERY FUND,
INC., ET AL. (A-11)

Stephen C. Sandels, Esquire
McDermott, Will & Emery
111 West Monroe Street
Chicago, Illinois   60603

DEANA W. LINDSTROM, ET AL. (A-7)

William M. Ward, Esquire
Hartigan & Ward
120 South LaSalle Street
Suite 2120
Chicago, Illinois   60603

RIKKI'S, INC. (A-8)
Ronald A. Lev, Esquire
20 North Clark Street
Chicago, Illinois   60602

J. WILLIAM HOLLAND, ETC. (A-9)
Andrew M. Schatz, Esquire
Sachnoff, Schrager, Jones, Weaver
   & Rubenstein, Ltd.
One IBM Plaza, Suite 4700
Chicago, Illinois   60611

FRANCES V. PAPAS (A-10)
TURN-KEY ENTERPRISES, ET AL. (A-13)
William T. Huyck, Esquire
Roan & Grossman
55 West Monroe Street, Suite 800
Chicago, Illinois   60603

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 462 -- _____

| | |
|---|---|
| EUGENE R. CORLEY, ET AL. (A-12)<br>Richard K. Wray, Esquire<br>Arnstein, Gluck<br>  & Lehr<br>75th Floor - Sears Tower<br>Chicago, Illinois  60606 | JON HEDRICH<br>John V. Ryan, III, Esquire<br>Rooks, Pitts, Fullager & Poust<br>Xerox Centre<br>55 West Monroe Street<br>Suite 1500<br>Chicago, Illinois  60603 |
| FRANK McNICHOLS (A-14)<br>Edward T. Joyce, Esquire<br>Joyce & Kubasiak, P.C.<br>77 West Washington Street, Suite 1620<br>Chicago, Illinois  60602 | THOMAS P. DANIS<br>James P. Chapman, Esquire<br>Chapman & Royce, Ltd.<br>33 North Dearborn Street<br>Suite 930<br>Chicago, Illinois  60602 |
| PHILLIP J. SCHILLER, ET AL. (A-15)<br>(No Appearance Received)<br>William J. Harte, Esquire<br>111 West Washington Street<br>Chicago, Illinois  60602 | INSURANCE CO. OF NORTH AMERICA<br>John W. Dondanville, Esquire<br>Baker & McKenzie<br>130 East Randolph Drive<br>Chicago, Illinois  60601 |
| RICHARD M. SHURE, ET AL. (A-16)<br>Nicholas J. Etten, Esquire<br>Foran, Wiss & Schultz<br>30 North LaSalle Street<br>Suite 3010<br>Chicago, Illinois  60602 | MARINA BANK<br>Jeffrey R. Liebman, Esquire<br>Arvey, Hodes, Costello & Burman<br>180 N. LaSalle Street, Suite 3800<br>Chicago, Illinois  60601 |
| LOUIS SINGER, ETC. (A-17)<br>Lewis S. Sandler, Esquire<br>620 Fifth Avenue<br>New York, New York  10020 | A. T. TSOUMAS<br>Harry F. Polos, Esquire<br>188 W. Randolph Street<br>Chicago, Illinois  60601 |
| SHEARSON, LOEB RHOADES, INC.<br>LOEB RHOADES & CO., INC.<br>LOEB RHOADES & CO.<br>Steven L. Bashwiner, Esquire<br>Friedman & Koven<br>208 South LaSalle Street<br>Chicago, Illinois  60604 | RICHARD J. BERTOLDI<br>Paul B. Uhlenhop, Esquire<br>Lawrence, Lawrence, Kamin & Saunders<br>209 South LaSalle Street, Suite 777<br>Chicago, Illinois  60604 |
| | VICTOR NEMEROFF, ETC.<br> Howard Kirschbaum, Esquire<br>Levy & Erens<br>208 South LaSalle Street, Suite 1100<br>Chicago, Illinois  60604 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 3

DOCKET NO. 462 --

THOMSON & MCKINNON, INC.
RUSSELL J. KACZMAREK
Larry L. Thompson, Esq.
Bell, Boyd, Lloyd, Haddad & Burns
135 South LaSalle Street
Chicago, Illinois  60603

(no appearance received)
ROBERT WILSON
ROBERT WILSON ASSOCIATES
William E. Snyder, Esq.
Thomas W. Johnston, Esq.
Chadwell, Kayser, Ruggles, McGee
  & Hastings, Ltd.
8500 Sears Tower
233 South Wacker Drive
Chicago, Illinois  60606

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 462 -- IN RE OLYMPIA BREWING CO., ET AL. SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Loeb-Rhoades | A-1, A-7 |
| Insurance Co. of North America | A-1 |
| Andrew C. Papas | A-2, A-8, A-9, A-12 |
| John T. Papas | A-2, A-8, A-9, A-12 |
| Patrick A. Papas | A-2, A-8, A-12 |
| Turn-Key Enterprises | A-2, A-8, A-9, A-12 |
| Loeb Rhoades & Co., Inc. | A-2, A-5, A-6, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17 |
| Dow Jones & Co., Inc. | A-4 |
| Alan Abelson | A-4 |
| Robert Bleiberg | A-4 |
| Robert Wilson | A-4 |

| | |
|---|---|
| Robert Wilson Associates | A-4 |
| R. Jack Bernhardt | A-6, A-8, A-9, A-10, A-11, A-12, A-13, A-16 |
| Bache Halsey Stuart, Inc. | A-7 |
| Donald B. Mothner | A-8, A-9, A-12 |
| John Hedrich | A-9 |
| Ralph Lynch | A-9 |
| Howard Berg | A-9 |
| William Fitzpatrick | A-9 |
| Richard Shure | A-9, A-13 |
| Peggy Shure | A-9 |
| Strombecker Corp. | A-9, A-13 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 462 --

| Name of Party | Named as Party in Following Actions |
|---|---|
| Penta Capital | A-9 |
| Robert Krones | A-10, A-13 |
| First Wall Street Settlemen Corp. | A-10, A-13 |
| Alan H. Shure | A-13 |
| Myron B. Shure | A-13 |
| Marina Bank | A-13 |
| Thomas P. Danis | A-13 |
| Thomson McKinnon Securities | A-16 |
| Russell J. Kaczmarek | A-16 |
| Loeb Rhoades & Co. | A-3, A-4, A-6, A-9, A-10, A-13, A-16, A-17 |
| Robert Bertoldi | A-12 |

p. 4

| | A-17 |
|---|---|
| Shearson, Loeb Rhoades, Inc. | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |