JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL 17 1981

7/17/81

DOCKET NO. 462

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE OLYMPIA BREWING CO., ET AL., SECURITIES LITIGATION

ORDER DENYING MOTION AS MOOT

On March 10, 1981, Shearson Loeb Rhoades, Inc., Loeb Rhoades & Co., Inc., and Loeb Rhoades & Co. moved the Panel, pursuant to 28 U.S.C. §1407, for an order transferring an action pending in the Southern District of New York to the Northern District of Illinois for inclusion in coordinated or consolidated pretrial proceedings with sixteen actions pending there. On June 14, 1981, the action which had been pending in the Southern District of New York was transferred to the Northern District of Illinois, pursuant to 28 U.S.C. §1404(a).

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of the actions listed on the attached Schedule A be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

<u>MDL-462 -- In re Olympia Brewing Co., et al. Securities Litigation</u>

### Northern District of Illinois

<u>Maryville Academy, Inc., et al. v. Loeb Rhoades, & Co., Inc.,</u>
   C.A. No. 77-C-1206
<u>Walter M. Glass v. Andrew C. Papas, et al.,</u>
   C.A. No. 77-C-1629
<u>Arnold H. Heltzer v. Loeb Rhoades & Co., Inc.,</u>
   C.A. No. 77-C-2440
<u>Hilda B. Mangel, et al. v. Loeb Rhoades & Co., Inc., et al.,</u>
   C.A. No. 77-C-2536
<u>Patrick Henry v. Loeb Rhoades & Co., Inc.,</u>
   C.A. No. 77-C-2704
<u>John R. Powell, et al. v. Loeb Rhoades & Co., Inc., et al.,</u>
   C.A. No. 77-C-2860
<u>Deana W. Lindstrom, et al. v. Loeb Rhoades & Co., Inc.,</u>
   C.A. No. 77-C-3820
<u>Rikki's, Inc. v. Loeb Rhoades & Co., Inc., et al.,</u>
   C.A. No. 77-C-4314
<u>J. William Holland, etc. v. Loeb Rhoades & Co., Inc., et al.,</u>
   C.A. No. 78-C-388
<u>Frances V. Papas v. Loeb Rhoades & Co., Inc., et al.,</u>
   C.A. No. 78-C-705
<u>First Investors Discovery Fund, Inc., et al. v. Loeb Rhoades & Co., et al.,</u>   C.A. No. 78-C-843
<u>Eugene R. Corley, et al. v. R. Jack Bernhardt, et al.,</u>
   C.A. No. 78-C-850
<u>Turn-Key Enterprises, et al. v. Loeb Rhoades & Co., Inc., et al.,</u>
   C.A. No. 78-C-896
<u>Frank McNichols v. Loeb Rhoades & Co., Inc.,</u>
   C.A. No. 78-C-947
<u>Phillip J. Schiller, et al. v. Loeb Rhoades & Co., Inc.,</u>
   C.A. No. 78-C-994
<u>Richard M. Shure, et al. v. Loeb Rhoades & Co., Inc., et al.,</u>
   C.A. No. 78-C-2242
<u>Louis Singer, etc. v. Loeb Rhoades & Co., Inc., et al.,</u>
   C.A. No. 81-C-3699 (formerly S.D.N.Y., C.A. No. 80-Civ-6135)